108 A.3d 31

COMMONWEALTH of Pennsylvania, Respondent,

v.

Karim Husein WRIGHT, Petitioner.

No. 182 MM 2014.

Supreme Court of Pennsylvania.

Jan. 23, 2015.

## ORDER

PER CURIAM.

AND NOW, this 23rd day of January, 2015, in response to the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, this matter is **REMANDED** to the common pleas court for appointment of new counsel within 30 days of this order. Newly-appointed counsel is **DIRECTED** to file a Petition for Allowance of Appeal within 60 days of appointment.

Justice Stevens notes his dissent and would deny the Petition for Leave to file a Petition for Allowance of Appeal *Nunc Pro Tunc*.